IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRYSTAL D. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 20-cv-742-RJD |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (Doc. 30). Defendant has responded that he has no objection to the fees and expenses sought, but asks that the order provide specific language that any fees paid belong to Plaintiff, not his attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States (Doc. 32).

Plaintiff asks for an award of attorney's fees in the amount of $3,486.64.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). As such, Plaintiff's Petition for Attorney Fees (Doc. 30) is **GRANTED**. The Court further finds that the amount sought is reasonable and appropriate. Plaintiff is awarded $3,486.64 (three thousand, four hundred eighty-six dollars and sixty-four cents) for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes to the United States, per *Astrue v. Ratliff*, 560 U.S. 586

(2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

**DATED:  April 22, 2022**

                                              s/ *Reona J. Daly*
                                              **REONA J. DALY**
                                              **United States Magistrate Judge**